# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1542

_____

RUFUS STANCLE,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 18, 2026

PER CURIAM.

DENIED.

KELSEY, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rufus Stancle, pro se, Petitioner.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.